# EXHIBIT B

| | |
|---|---|
| STATE OF MINNESOTA | DISTRICT COURT |
| COUNTY OF HENNEPIN | FOURTH JUDICIAL DISTRICT |

| | |
|---|---|
| Alexander Nelson, | Case Type:  Other Civil |
| Plaintiff, | File No.  27-CV-24-774<br>The Honorable Laurie J. Miller |
| v. | |
| American Modern Insurance Group, Inc.,<br>NCM Insurance Agency, LLC | **Notice of Filing of Notice of Removal to the District of Minnesota** |
| Defendants. | |

**PLEASE TAKE NOTICE** that Defendants American Modern Insurance Group, Inc., hereby give notice to this Court that on February 22, 2024, it filed a Notice of Removal in the United States District Court for the District of Minnesota, thereby removing this case to the United States District Court for the District of Minnesota in accordance with 28 U.S.C. § 1446.

A true and correct copy of the Notice of Removal filed in the United States District Court for the District of Minnesota on March 3, 2023 is attached hereto as **Exhibit A** and incorporated herein by reference.

Dated: February 22, 2024

/s/ *Diego E. Garcia*
Larry E. LaTarte (0397782)
Diego E. Garcia (0403581)
Counsel For Defendant American Modern Insurance Group, Inc.
**FAEGRE DRINKER BIDDLE & REATH LLP**
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
Tel. (612) 766-7000
Fax (612) 766-1600
Larry.LaTarte@faegredrinker.com
Diego.Garcia@faegredrinker.com

-2-

## ACKNOWLEDGMENT

The undersigned hereby acknowledges that costs, disbursements and reasonable attorney and witness fees may be awarded pursuant to Minn. Stat. § 549.211, subd. 2, against a party for claims made in violation of that statute.

*/s/ Diego E. Garcia*
Diego E. Garcia